IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KENNETH BRYANT, §<br>BRYANT ENTERPRISES, LLC §<br>*Plaintiffs*, §<br>§<br>v. §<br>§<br>CARSTEN JASON GALLINI §<br>*Defendant.* § | Cause No. 1:24-cv-986 |

## NOTICE OF APPEARANCE

On behalf of Plaintiffs Kenneth Bryant and Bryant Enterprises, LLC ("Plaintiffs"), Kevin J. Terrazas of Terrazas PLLC files this Notice of Appearance. As counsel of record for Plaintiffs, the undersigned respectfully requests that any and all notifications and/or setting in this matter be sent to the address provided below.

Respectfully submitted,

**TERRAZAS PLLC**
1001 S. Capital of Texas Hwy
Bldg. L, Ste. 250
Austin, Texas 78746

By: */s/ Kevin J. Terrazas*
Kevin J. Terrazas
State Bar No. 24060708
kterrazas@terrazaspllc.com
Matthew L. Streety
State Bar No. 24125425
mstreety@terrazaspllc.com

**ATTORNEYS FOR PLAINTIFFS**

1

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing was served on all counsel by way of CM / ECF on August 24, 2024.

                                            By: */s/ Matthew L. Streety*
                                            Matthew L. Streety