IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KENNETH BRYANT, <br> BRYANT ENTERPRISES, LLC <br> *Plaintiffs*, <br><br> v. <br><br> CARSTEN JASON GALLINI <br> *Defendant.* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Cause No. 1:24-cv-986 |

## WAIVER OF SERVICE OF SUMMONS

To Kenneth Bryant and Bryant Enterprises, LLC through their attorney of record, Kevin J. Terrazas:

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from August 27, 2024, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 9/6/2024

*[signature]*

S. Jason Gallini, Esq.
TSBN 24044887
THE GALLINI FIRM, PLLC
1000 Heritage Center Cir
Round Rock, TX 78664
(512) 238-8883
jasongallini@gallinifirm.com
*On behalf of Defendant Carsten Jason Gallini*

3