**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **KENNETH BRYANT,** § <br> **BRYANT ENTERPRISES, LLC** § <br> *Plaintiffs*, § <br> § <br> **v.** § <br> § <br> **CARSTEN JASON GALLINI** § <br> *Defendant.* § | **Cause No. 1:24-cv-986** |

**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS AND PLEA IN ABATEMENT**

On this day, the Court considered the Plaintiffs Kenneth Bryant and Bryant Enterprises, LLC's Motion to Dismiss and Alternative Plea in Abatement of Defendant Carsten Jason Gallini's counterclaims. Upon consideration of the Motion, the response, and applicable law, the Court concludes that Plaintiff's Motion has merit and should be in all things GRANTED.

The Court therefore ORDERS that Defendant's counterclaims are hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.


Signed this _____ day of _____, 2024

_____
The Honorable Robert L. Pitman
UNITED STATES DISTRICT JUDGE