# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| Kenneth Bryant, Bryant Enterprises, LLC | § § | |
| vs. | § § | NO:  AU:24-CV-00986-RP |
| Carsten Jason Gallini, Carsten Jason Gallini, Kenneth Bryant, Bryant Enterprises, LLC | § | |

## ORDER

Pursuant to the Amended Order Assigning Business of the Court issued by Chief Judge Alia Moses on May 31, 2024 delegating the oversight and management of the Austin Division to the undersigned and with to the mutual consent of Judge David Ezra, the above matter is transferred to the Austin docket of Judge Ezra for all purposes.

Signed this 7th day of November, 2024

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE