IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KENNETH BRYANT, BRYANT ENTERPRISES, LLC, | § | NO. 1:24-CV-00986-DAE |
| *Plaintiffs*, | § | |
| vs. | § | |
| CARSTEN JASON GALLINI, | § | |
| *Defendant*. | § | |

ORDER FOR STATUS REPORT

Before the Court is the status of the above-captioned case. Plaintiffs filed their Complaint (Dkt. #1) on August 23, 2024. Defendant Carsten Jason Gallini filed his Answer, Affirmative Defenses, and Counterclaim (Dkt. # 6) on October 26, 2024. Most recently, the Court entered an Order Granting Plaintiffs' Motion to Dismiss Defendant's Counterclaims on January 7, 2025. (Dkts. ## 7, 9.)

Having received no further updates from either party in the above-captioned case, the Court **ORDERS** that **Plaintiffs file a status report to apprise the Court of how they intend to proceed on or before December 10, 2026.**

**IT IS SO ORDERED.**

**DATED:** Austin, Texas, October 26, 2026.

David Alan Ezra
Senior United States District Judge